117

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:        EDWARD W TOWNSEND SR                              CASE NO: 2:04-bk-15237 M/C
                                                                              CHAPTER 13

## DISMISSAL ORDER

COMES now before the Court, on 02/15/2005 in the above styled case, the Motion to dismiss filed by the Trustee for the debtor's failure to make payments in accordance with the plan.   The debtor did not appear; the debtor's attorney appeared.  From the Court's records herein and from statements and arguments of counsel, the court does find that the debtor has failed to make payments pursuant to the plan, and therefore, the case should be, and it hereby is, dismissed.

Dated:  02/16/2005

/s/ JAMES G. MIXON
_____
JAMES G. MIXON
U.S. BANKRUPTCY JUDGE

cc:     EDWARD W TOWNSEND SR
        813 W MULBERRY AVE
        WYNNE AR 72396

        DICKERSON LAW FIRM
        P O BOX 9363
        JONESBORO AR 72403

        DAVID D. COOP, TRUSTEE

All Creditors

117/FG2/KAY